No. 87–6149.   MANGONE v. JUDGES OF THE COMMONWEALTH COURT OF PENNSYLVANIA ET AL.   C. A. 3d Cir.   Certiorari denied.   Reported below: 835 F. 2d 283.

No. 87–6152.   GOOCH v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 6th Cir.   Certiorari denied.

No. 87–6153.   POPE v. GRAMMER, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 87–6156.   NOTT ET AL. v. UNITED STATES ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 87–6157.   LOVE v. PAHL, TRUSTEE, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–6160.   PINO v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 87–6161.   TEMPEL v. ALASKA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 87–6163.   SMITH v. CITY OF CHESAPEAKE ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–6165.   HIGDON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 87–6166.   LASHLEY ET UX. v. FIRST NATIONAL BANK OF LIVE OAK.   C. A. 11th Cir.   Certiorari denied.

No. 87–6167.   COOLEY v. KOEHLER, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 87–6169.   ALMAHDI v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 87–6171.   PAIGE v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 87–6175.   HILL v. McDERMOTT, INC.   C. A. 5th Cir.   Certiorari denied.

No. 87–6178.   PAGE v. ALASKA.   Ct. App. Alaska.   Certiorari denied.